**Marquis Aurbach Coffing**
Craig R. Anderson, Esq. (Nevada Bar No. 6882)
Chad F. Clement, Esq. (Nevada Bar No. 12192)
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
cclement@maclaw.com

**Zuber Lawler & Del Duca LLP**
Alan C. Chen, Esq. (California Bar No. 224420)
*Admitted Pro Hac Vice*
777 South Figueroa Street, 37th Floor
Los Angeles, California 90017

Yin Huang, Esq. (New York Bar No. 5124904)
420 Lexington Avenue, Suite 2640
New York, New York 10170

*Attorneys for Defendant
Prona Tools, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SATA GMBH & CO. KG, a German corporation, | Case No. 2:15-cv-02111-GMN-CWH |
| Plaintiff, | **YIN HUANG'S MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PRONA TOOLS, INC.** |
| vs. | |
| ZHEJIANG REFINE WUFU AIR TOOLS CO., LTD; PRONA TOOLS, INC.; ROES I–X, INCLUSIVE, | |
| Defendants. | |

## I.   INTRODUCTION

Pursuant to Local Rule IA 11-6 of this Court, attorney Yin Huang ("Counsel") hereby requests leave from the Court to withdraw as an attorney of record for defendant Prona Tools, Inc. ("Prona"). The specific request for withdrawal of attorney Yin Huang does not alter Prona's representation by the Marquis Aurbach Coffing firm or the Zuber Lawler & Del Duca LLP firm. Counsel Chad Clement and Alan C. Chen, whose *pro hac vice* was granted by this Court, will continue to represent Prona.

## II. REASON FOR SEEKING WITHDRAWAL

Counsel seeks to withdraw from representing Prona because Prona is already represented by attorney Alan C. Chen, who is a member of the same firm as Counsel. Counsel's withdrawal would allow Prona to proceed in the current litigation without incurring additional and unnecessary expense.

This request has no impact on the current proceedings or any hearings. In addition, discovery has not formally commenced and no trial date has been set.

## III. NOTICE OF CLIENT AND OPPOSING COUNSEL

Pursuant to Local Rule IA 11-6(b) of this Court, Counsel has served a notice of withdrawal on Prona and on opposing counsel.

Respectfully submitted,

Dated: December 5, 2016

MARQUIS AURBACH COFFING

By:    /s/ Chad F. Clement
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Chad F. Clement, Esq.
Nevada Bar No. 12192
10001 Park Run Drive
Las Vegas, Nevada 89145

ZUBER, LAWLER & DEL DUCA LLP

By:    /s/ Alan C. Chen
Alan C. Chen, Esq.
California Bar No. 224420
777 South Figueroa Street
37th Floor
Los Angeles, CA 90017

Yin Huang, Esq.
New York Bar No. 5124904
420 Lexington Avenue
Suite 2640
New York, NY 10170

*Counsel for Defendant Prona Tools, Inc.*

IT IS SO ORDERED.

DATED: December 7, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2016, a copy of the foregoing Yin Huang's Motion to Withdraw as Attorney of Record for Defendant Prona Tools, Inc. was filed with the Court and served via the Court's Electronic Case Filing system upon the following counsel of record:

Emily Anne Ellis
Brownstein Hyatt Farber Shreck
100 North City Pkwy., Ste. 1600
Las Vegas, NV 89106
702-464-7085 (phone)
eellis@bhfs.com

Michael D. Rounds
Brownstein Hyatt Farber Schreck, LLC
5371 Kietzke Lane
Reno, NV 89511
775-324-4100 (phone)
775-333-8171 (fax)
mrounds@bhfs.com

Steven A. Caloiaro
Brownstein Hyatt Farber Schreck, LLP
5371 Kietzke Lane
Reno, NV 89511
775-324-4100 (phone)
scaloiaro@bhfs.com

*Counsel for SATA GmbH & Co. KG*

Clay Erik Hawes
Morgan, Lewis &Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002
713-890-5000 (phone)
713-890-5001 (fax)
ehawes@morganlewis.com

J. Kevin Fee
Morgan, Lewis &Bockius
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
202-739-5353 (phone)
202-739-3001 (fax)
kevin.fee@morganlewis.com

Jane W. Wise
Morgan Lewis &Bockius
1111 Pennsylvania Ave, NW
Washington, DC 20004

1  202-739-5596 (phone)
   jane.wise@morganlewis.com
2
   Jordana Sara Rubel
3  Morgan Lewis &Bockius
   1111 Pennsylvania Ave, NW
4  Washington, DC 20004
   202-739-5118 (phone)
5  jordana.rubel@morganlewis.com

6  *Counsel for Zhejiang Refine Wufu Air Tools Co., Ltd.*

7  I hereby additionally certify that on December 5, 2016, a copy of the foregoing Yin

8  Huang's Motion to Withdraw as Attorney of Record for Defendant Prona Tools, Inc. was served

9  on Prona Tools, Inc.:

10  Prona Tools, Inc.
    2899 Steeles Avenue West
11  Unit 20
    Toronto, Canada
12  M3J 3A1
    info@pronatools.com
13

14
                                                    /s/ Chad F. Clement
15                                                Chad F. Clement, Esq.,
                                                  an employee of Marquis Aurbach Coffing
16

4