STEVEN A. CALOIARO
Nevada Bar No. 12344
Caloiaro@soclawlodi.com
EURIK O'BRYANT
Nevada State Bar Number 13554
OBryant@SocLawLodi.Com
Sekhon & O'Bryant,
A Professional Law Corporation

State Resident Office:
297 Kingsbury Grade
S. Lake Tahoe, California 89449

Mailing Address:
18826 North Lower Sacramento Rd. Suite K
Woodbridge, California 95258
Tel: (775) 220-1889
Fax: (209) 989-4438

Attorney for Plaintiff:
SATA GmbH & Co. KG,

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SATA GmbH & Co. KG, a German corporation,<br><br>    *Plaintiff*;<br><br>vs.<br><br>Zhejiang Refine Wufu Air Tools Co., Ltd. et al.<br>    *Defendants.* | CASE NO.: 2:15-cv-02111-GMN-CWH<br><br>SUBSTITUTION OF ATTORNEYS |

**To:**   ALL INTERESTED PARTIES; AND

**To:**   THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT STEVEN A. CALOIARO Esq. of Sekhon & O'Bryant, A Professional Law Corporation, hereby agrees to be substituted in the place of the law firm of Brownstein Hyatt Farber Schreck, LLP for Plaintiff, SATA GmbH & Co. KG in the above-entitled case.

1  Dated: February 7, 2017

          SEKHON & O'BRYANT
          A Professional Law Corporation

          By:/s/ Steven A. Caloiaro
             Steven A. Caloiaro
             Attorney for Plaintiff

Michael D. Rounds, Esq. of the law firm of BROWNSTEIN HYATT FARBER SCHRECK, LLP hereby consents to the substitution of Steven A. Caloiaro, Esq. of the law firm of SEKHON & O'BRYANT, in his place as counsel of record for Plaintiff, SATA GmbH & Co. KG in the above-entitled case.

DATED: February 8, 2017    BROWNSTEIN HYATT FARBER SCHRECK, LLP

        By:/s/ Michael D. Rounds, Esq.
        MICHAEL D. ROUNDS, ESQ., Nevada Bar No. 4734
        mrounds@bhfs.com
        BROWNSTEIN HYATT FARBER SCHRECK, LLP
        5371 Kietzke Lane Reno, NV 89511
        Telephone: 775.324.4100
        Facsimile: 775.333.8171

PLAINTIFF, SATA GmbH & Co. KG hereby consent to the substitution Steven A. Caloiaro, Esq. of the law firm of SEKHON & O'BRYANT, in place of BROWNSTEIN HYATT FARBER SCHRECK, LLP

Dated February 8, 2017

SATA GmbH & Co. KG

By: _____ ppc. [signature]

Its: Technical Director / Head of Export

IT IS SO ORDERED.

DATED: February 9, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE