**MORGAN, LEWIS & BOCKIUS LLP**
C. Erik Hawes, (Nevada Bar No. 7739)
1000 Louisiana Street
Suite 4000
Houston, TX 77002
Telephone: 713.890.5165
Facsimile: 713.890.5001
Email: erik.hawes@morganlewis.com

J. Kevin Fee (D.C. Bar: 494016)
Jordana S. Rubel (D.C. Bar: 988423)
Jane W. Wise (D.C. Bar: 1027769)
*Pro Hac Vice*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: 202.739.5353
Facsimile: 202.739.3001
Email: kevin.fee@morganlewis.com
        jordana.rubel@morganlewis.com
        jane.wise@morganlewis.com

*Counsel Defendant Zhejiang Refine
Wufu Air Tools Co. Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SATA GmbH & Co. KG, a German corporation, | |
| *Plaintiff*; | CASE NO.: 2:15-cv-02111-GMN-CWH |
| vs. | **STIPULATED DISMISSAL AND ORDER** |
| Zhejiang Refine Wufu Air Tools Co., Ltd. et al. | |
| *Defendants.* | |

Plaintiff SATA GmbH & Co. KG and Defendant Zhejiang Refine Wufu Air Tools Co., (collectively, "Parties" or individually "Party"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all claims and counterclaims in the above captioned civil action (the "Civil Action"). Each Party shall bear its own costs, expenses, and attorneys' fees. The Court retains jurisdiction over the Parties to the extent necessary to enforce the terms of this dismissal and the agreement between them.

This dismissal shall not have any preclusive effect on any infringing activities or claims regarding the validity of the asserted design patents and trademarks in the Civil Action that are not specifically released in the Parties' settlement agreement in the Civil Action.

**IT IS SO STIPULATED,**

Dated the 10th of April, 2017.

By: /s/ Steven A. Caloiaro
    Steven A. Caloiaro
    Nevada Bar No. 12344
    Caloiaro@soclawlodi.com
    State Resident Office:
    297 Kingsbury Grade
    S. Lake Tahoe, California 89449
    Mailing Address:
    18826 North Lower Sacramento Rd. Suite K
    Woodbridge, California 95258

*Attorneys for Plaintiff SATA GmbH & Co. KG*

By: /s/ J. Kevin Fee
    J. Kevin Fee (D.C. Bar: 494016)
    Jordana S. Rubel (D.C. Bar: 988423)
    Jane W. Wise (D.C. Bar: 1027769)
    Morgan, Lewis & Bockius LLP
    1111 Pennsylvania Ave., N.W.
    Washington, D.C. 20004
    Telephone: 202.739.5353
    Facsimile: 202.739.3001
    Email: kevin.fee@morganlewis.com
    jordana.rubel@morganlewis.com
    jane.wise@morganlewis.com

    C. Erik Hawes (Nevada Bar No. 7739)
    Morgan, Lewis & Bockius LLP
    1000 Louisiana Street
    Suite 4000
    Houston, TX 77002
    Telephone: 713.890.5165
    Facsimile: 713.890.5001
    Email: erik.hawes@morganlewis.com

*Counsel Defendant Zhejiang Refine Wufu Air Tools Co. Ltd.*

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice as against Defendant Zhejiang Refine Wufu Air Tools Co., pursuant to FRCP 41(a)(1)(A)(ii).

2. The action is dismissed with prejudice as against Plaintiff SATA GmbH & Co. KG, pursuant to FRCP 41(a)(1)(A)(ii).

3. This dismissal shall not have any preclusive effect on any infringing activities or claims regarding the validity of the asserted design patents and trademarks in the Civil Action that are not specifically released in the Parties' settlement agreement in the Civil Action.

4. Each Party shall bear their own costs and attorneys' fees.

5. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement agreement.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED this \_\_17\_\_ day of April, 2017.

CERTIFICATE OF SERVICE

I hereby certify that this documents filed through the ECF system will be sent electronically to the registered participated as identified on the Notice of Electronic Filings (NEF) and paper copies will be sent to those indicated as non-registered participants.

April 10, 2017                    Respectfully submitted,
                                  /s/ Jane W. Wise
                                  Jane W. Wise