# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, | |
| Plaintiff, | Case No. 2:15-cv-02111-GMN-CWH |
| vs. | **ORDER** |
| ZHEJIANG REFINE WUFU AIR TOOLS CO., LTD., et al., | |
| Defendants. | |

On May 17, 2017, the court approved the parties' stipulation to stay discovery until June 1, 2017, to allow for the parties to complete their settlement negotiations. (Order (ECF No. 73).) The stay of discovery is no longer in effect, and the parties have not filed a stipulation to dismiss. Accordingly, the court will require the parties file a joint status report or a stipulation to dismiss by July 6, 2017.

IT IS SO ORDERED.

DATED: June 15, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**